FILED

JUN 1 2 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARDENAS MARQUEZ, BOP # 63465208, | CASE NO. 13-CV-2507-BEN (JLB) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| US IMMIGRATION AGENT SCOTT, | |
| Defendant. | |

Plaintiff Juan Cardenas Marquez, a prisoner proceeding pro se, filed a Complaint on October 11, 2013. (Docket No. 1). Plaintiff listed an address at the U.S. Penitentiary in Lompoc, California. (*Id.* at 4). On March 19, 2014, this Court issued an Order granting Plaintiff's motion to proceed *in forma pauperis*. (Docket No. 7). The Court ordered the Clerk to issue summons upon Defendant, and forward the summons to Plaintiff along with a blank U.S. Marshal Form 285. (*Id.* at 7). Plaintiff was then directed to complete the Form 285 and give the items to the United States Marshal. (*Id.* at 8). Summons were issued on March 20, 2014. (Docket No. 8). On April 1, 2014, this Court's March 19 Order was returned as undeliverable. (Docket No. 10). The envelope is stamped "Unable to Forward" and bears the notation "DEPORTED 'INS.'" (*Id.*)

///

///

Pursuant to Civil Rule 83.11(b):

A party proceeding pro se must keep the court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of the plaintiff's current address, the court may dismiss the action without prejudice for failure to prosecute.

As of the date this Order, Plaintiff has not contacted this Court to provide new contact information. This Court is not aware of any way to contact Plaintiff. As more than sixty days have passed since the mail was returned as undeliverable, the action is **DISMISSED WITHOUT PREJUDICE** pursuant to Civil Rule 83.11.

**IT IS SO ORDERED**.

Dated: June /2, 2014

HON. ROGER T. BENITEZ
United States District Judge